No. 95. PUERTO RICO *v.* RUSSELL & CO., S. EN C. April 13, 1942. 315 U. S. 610.

No. 505. CRANCER ET AL., DOING BUSINESS AS VALLEY STEEL PRODUCTS CO. ET AL., *v.* LOWDEN ET AL., TRUSTEES. April 13, 1942. 315 U. S. 631.

No. 932. VILES ET AL. *v.* PRUDENTIAL INSURANCE CO. April 13, 1942. 315 U. S. 816.

No. 527. CARPENTERS & JOINERS UNION OF AMERICA, LOCAL No. 213, ET AL. *v.* RITTER'S CAFE ET AL. April 27, 1942. The motion for leave to file brief of National Lawyers Guild, as *amicus curiae,* is granted. The petition for rehearing is denied. 315 U. S. 722.

No. —, original. DEWINDT ET AL. *v.* SOUTH CAROLINA. April 27, 1942. 315 U. S. 788.

No. 272. MILES ET AL. *v.* ILLINOIS CENTRAL RAILROAD CO. April 27, 1942. 315 U. S. 698.

No. 588. NATIONAL LABOR RELATIONS BOARD *v.* ELECTRIC VACUUM CLEANER CO., INC., ET AL. April 27, 1942. 315 U. S. 685.

No. 680. U. S. INDUSTRIAL CHEMICALS, INC. *v.* CARBIDE & CARBON CHEMICALS CORP. April 27, 1942. 315 U. S. 668.

No. 925. WELLS *v.* UNITED STATES. April 27, 1942.